UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RONNIE JOSE RODRIGUEZ SILVA,

      Petitioner,

v.                                                                    No. 1:25-CV-061-H

TODD M. LYONS, in his official capacity
as Acting Director of the United States
Immigration and Customs Enforcement, et
al.,

      Respondents.

## ORDER

Before the Court is the petitioner's unopposed motion to continue the deadline for

the petitioner's reply brief. Dkt. No. 18. For the reasons stated in the motion, it is granted.

The petitioner shall have until 5:00 p.m. CT on May 29, 2025, to file his reply.

Also before the Court is the respondents' motion for an extension of time to file a

response to the court's show-cause order. Dkt. No. 16. For the reasons stated in the

motion, it is granted. The respondent's response (Dkt. No. 17) is deemed timely.

So ordered on May 22, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE